*E-FILED: June 10, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CECIL SHAW,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HAPPI HOUSE RESTAURANTS, INC. dba HAPPI HOUSE RESTAURANT NO. 5; KOSHIYAMA FAMILY, LLC, a California Limited Liability Company,<br><br>　　　　Defendants.<br>_____ / | No. C13-02036 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

Plaintiff having filed a notice of settlement, all previously scheduled deadlines and appearances are vacated.

**On or before July 19, 2013**, plaintiff shall file a dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **July 30, 2013, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Plaintiff shall file a statement in response to this Order to Show Cause **no later than July 23, 2013**, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be

1  automatically vacated and the parties need not file a statement in response to this Order.

2      SO ORDERED.

3  Dated: June 10, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:13-cv-02036-HRL Notice has been electronically mailed to:

2  Tanya Eugene Moore    tanya@moorelawfirm.com, jessica@moorelawfirm.com,
   marejka@moorelawfirm.com, maribel@moorelawfirm.com,
3  paralegal@moorelawfirm.com, whitney@moorelawfirm.com